■ In the Matter of Geoffrey Thomas, Respondent, v Lahni Thomas, Appellant. (Appeal No. 2.) [54 NYS3d 898]—Appeal from an order of the Family Court, Steuben County (J.C. Argetsinger, J.H.O.), entered September 17, 2015 in a proceeding pursuant to Family Court Act article 6. The order, among other things, denied respondent's request to relocate to Buffalo, New York with the children.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Thomas v Thomas* ([appeal No. 1] 151 AD3d 1919 [2017]). Present—Peradotto, J.P., Carni, Lindley, Troutman and Scudder, JJ.